**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Canoo Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **FKA  Canoo Holdings Ltd.** <br> **FKA  EV Global Holdco LLC** <br> **FKA  Hennessy Capital Acquisition Corp. IV** <br> **DBA  Canoo California** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1476189** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **15520 Highway 114** <br> **Suite 2C** <br> **Justin, TX 76247** <br> Number, Street, City, State & ZIP Code <br><br> **Denton** <br> County | **Mailing address, if different from principal place of business** <br><br><br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.canoo.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   **Canoo Inc.**                                                                   Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_3361_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **See Attachment** _____   Relationship _____

Debtor   **Canoo Inc.**
    Name

Case number (*if known*) _____

| District | When | Case number, if known |
|---|---|---|
| _____ | _____ | _____ |

**11. Why is the case filed in this district?** *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Canoo Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 17, 2025**
　　　　　　　MM / DD / YYYY

X  *Ramesh Murthy*　　　　　　　　　　　　　　　　**Ramesh Murthy**
Signature of authorized representative of debtor　　　Printed name

Title  **Chief Administrative Officer, SVP Finance, Chief Accounting Officer**

---

**18. Signature of attorney**

X  *Robert A. Weber*　　　　　　　Date  **January 17, 2025**
Signature of attorney for debtor　　　　　　　　　MM / DD / YYYY

**Robert A. Weber**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**Hercules Plaza**
**1313 North Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 295-0191**　　Email address  **weber@chipmanbrown.com**

**4013 DE**
Bar number and State

The following list identifies all of the affiliated entities, including the Debtor filing this petition, that have filed voluntary petitions for relief in this Court under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 701 *et seq.*, as amended, substantially contemporaneously with the filing of this petition.

| | DEBTOR'S NAME | DEBTOR'S EIN | STATE OF INC. |
|---|---|---|---|
| 1. | Canoo Inc. | 83-1476189 | Delaware |
| 2. | EV Global Holdco LLC | | Delaware |
| 3. | EV US Holdco Inc. | | Delaware |
| 4. | Canoo Technologies Inc. | 82-3375874 | Delaware |
| 5. | Canoo Manufacturing, LLC | 88-2323678 | Delaware |
| 6. | Canoo Sales, LLC | 88-0750785 | Delaware |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Canoo Inc., | Case No. 25-xxxxx (xxx) |
| Debtor. | |
| Tax I.D. No. No. 83-1476189 | |
| In re: | Chapter 7 |
| EV Global Holdco LLC, | Case No. 25-xxxxx (xxx) |
| Debtor. | |
| Tax I.D. No. No. xx-xxxxxxx | |
| In re: | Chapter 7 |
| EV US Holdco Inc., | Case No. 25-xxxxx (xxx) |
| Debtor. | |
| Tax I.D. No. No. xx-xxxxxxx | |
| In re: | Chapter 7 |
| Canoo Technologies Inc., | Case No. 25-xxxxx (xxx) |
| Debtor. | |
| Tax I.D. No. No. xx-xxxxxxx | |
| In re: | Chapter 7 |
| Canoo Manufacturing, LLC, | Case No. 25-xxxxx (xxx) |
| Debtor. | |
| Tax I.D. No. No. 88-2323678 | |

i

| | |
|---|---|
| In re: | Chapter 7 |
| Canoo Sales, LLC, | Case No. 25-xxxxx (xxx) |
| Debtor. | |
| Tax I.D. No. No. 88-0750785 | |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO FED. R. BANKR. P. 1007(a)(1)

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and its debtor affiliates, as debtors and debtors in possession (each, a "**Debtor**" and, collectively, the "**Debtors**"), to the best of their knowledge, information, and belief, hereto state as follows:

1.       No parent corporation or publicly traded corporation owns ten percent (10%) or more of the stock of Canoo Inc.

2.       Each remaining Debtor is wholly owned by its respective parent entity that holds one hundred percent (100%) of such Debtor's equity interests or membership interests.   The remaining Debtors in these chapter 7 cases are listed with their respective parent entities, together with the nature of their equity interests, in the following table:

| DEBTOR | KIND/CLASS OF INTEREST | NAME OF INTEREST HOLDER & PERCENTAGE OF INTERESTS HELD |
|---|---|---|
| EV Global Holdco LLC | Membership Interests | 100% owned by Canoo Inc. |
| EV US Holdco Inc. | Common Stock | 100% owned by EV Global Holdco LLC |
| Canoo Technologies Inc. | Common Stock | 100% owned by EV US Holdco Inc. |
| Canoo Manufacturing, LLC | Membership Interests | 100% owned by Canoo Technologies Inc. |
| Canoo Sales, LLC | Membership Interests | 100% owned by Canoo Technologies Inc. |

ii

**Fill in this information to identify the case:**

Debtor name     **Canoo Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration     **Debtor's Consolidated Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __January 17, 2025__          x   *Ramesh Murthy*
                                            Signature of individual signing on behalf of debtor

                                            **Ramesh Murthy**
                                            Printed name

                                            **Chief Administrative Officer, SVP Finance,**
                                            **Chief Accounting Officer**
                                            Position or relationship to debtor

**RESOLUTIONS OF THE GOVERNING BODIES OF
CANOO INC.,
EV GLOBAL HOLDCO LLC,
EV US HOLDCO INC.,
CANOO TECHNOLOGIES INC.,
CANOO MANUFACTURING, LLC, AND
CANOO SALES, LLC**

**January 17, 2025**

**FILING OF A VOLUNTARY PETITION UNDER CHAPTER 7 OF THE
BANKRUPTCY CODE**

**WHEREAS**, EV Global Holdco LLC, EV US Holdco Inc., Canoo Technologies Inc., Canoo Manufacturing, LLC, and Canoo Sales, LLC are wholly-owned subsidiaries of Canoo Inc.;

**WHEREAS**, the board of directors or manager of each of Canoo Inc., EV Global Holdco LLC, EV US Holdco Inc., Canoo Technologies Inc., Canoo Manufacturing, LLC, and Canoo Sales, LLC, as applicable (in each case, the "**Governing Body**") (collectively, the "Companies," and each such entity, a "**Company**"), has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of each Company regarding the liabilities and liquidity of such Company, including that the Companies do not have sufficient capital to maintain operations and the impact of the foregoing on such Company's businesses;

**WHEREAS**, the Governing Body of each Company has had the opportunity to consult with the management and the legal and financial advisors of such Company to fully consider options available considering that the Companies do not have sufficient capital to maintain operations;

**WHEREAS**, the Governing Body of each Company has reviewed, considered, and received the recommendation of senior management of such Company and the advice of such Company's professionals and advisors with respect to the options available to such Company, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of title 11 of the United States Code (as amended, the "**Bankruptcy Code**");

**WHEREAS**, the undersigned being the Governing Body of each of the Companies, pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, the California General Corporation Law, and the applicable governing documents of each such Company, hereby adopt the following resolutions by consent;

**NOW, THEREFORE, BE IT RESOLVED**, that after consideration of the financial state of the Companies and the recommendations of senior management of each of the Companies and the advice of each of the Companies' professionals and advisors, the Governing Body has determined in its business judgment that it is in the best interest of each of the Companies, their creditors, shareholders, members, and other interested parties, and stakeholders that a voluntary

1

petition be filed by each of the Companies under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (each a "**Bankruptcy Petition**"); and it is

    **FURTHER RESOLVED**, the officer or person designated and so authorized to act (each, an "**Authorized Person**") are, and each hereby is, authorized, empowered and directed, in the name and on behalf of each of the Companies (a) to execute, verify and file on behalf of each of the Companies all documents necessary or appropriate in connection with the filing of each Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with each Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with each Company's Chapter 7 case (the "**Bankruptcy Case**"); (c) appear as necessary at all bankruptcy proceedings on behalf of each Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

    **FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Chipman Brown Cicero & Cole, LLP as counsel to assist the Companies in filing for relief under Chapter 7 of the Bankruptcy Code and in carrying out the Companies' duties under Chapter 7 of the Bankruptcy Code, and the officers of the Companies are hereby authorized and directed to execute retention agreements and pay retainers prior to the filing of the bankruptcy cases; and it is

    **FURTHER RESOLVED,** that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any Authorized Person in connection with the Bankruptcy Cases, or any further action to seek relief on behalf of each Company under Chapter 7 of the Bankruptcy Code, or in connection with the Bankruptcy Cases, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of such Company; and it is

    **FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of each Company or the Directors of each Company in the name of and on behalf of each Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects; and it is

    **FURTHER RESOLVED**, that the board of directors of Canoo Inc. hereby remove Hector Ruiz, former sole director of EV Global Holdco LLC and Hennessy Capital Acquisition Corp. IV, former sole member of EV US Holdco Inc., from their respective positions, and appoint Sean Yan as the new sole director of EV Global Holdco LLC and EV US Holdco Inc., effective immediately; and that the officers of each Company are hereby authorized and directed to take all necessary actions to effectuate this change to ensure the completion of the filing of the Bankruptcy Case, including filing any necessary documents with applicable governmental authorities; and it is

**FURTHER RESOLVED**, that electronic or photostatic copies of signatures to this unanimous written consent in lieu of a meeting of the Board shall be deemed to be originals and may be relied on to the same extent as the originals; and it is

**FURTHER RESOLVED**, that the actions taken by this unanimous written consent in lieu of a special meeting of the Board shall have the same force and effect as if taken at a special meeting of the Board duly called and constituted pursuant to the Bylaws and the laws of the State of Delaware; and it is

**FURTHER RESOLVED**, that this unanimous written consent in lieu of a special meeting of the Board may be executed in any number of counterparts, each of which when so executed and delivered to the Company shall be deemed original, and such counterparts together shall constitute one and the same instrument.

* * * * *

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent in Lieu of a Special Meeting of the Board of Directors of the Company as of the date first written above.


_____
Tony Aquila


_____
Foster Chiang


_____
Thomas Dattilo


_____
Deborah Diaz


_____
Claudia Romo Edelman


_____
Arthur Kingsbury


_____
Debra von Storch

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent in Lieu of a Special Meeting of the Board of Directors of the Company as of the date first written above.

_____
Tony Aquila

_____
Foster Chiang

_____
Thomas Dattilo

_____
Deborah Diaz

_____
Claudia Romo Edelman

_____
Arthur Kingsbury

_____
Debra von Storch

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent in Lieu of a Special Meeting of the Board of Directors of the Company as of the date first written above.

_____
Tony Aquila

_____
Foster Chiang

_____
Thomas Dattilo

_____
Deborah Diaz

_____
Claudia Romo Edelman

_____
Arthur Kingsbury

_____
Debra von Storch

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent in Lieu of a Special Meeting of the Board of Directors of the Company as of the date first written above.

_____
Tony Aquila

_____
Foster Chiang

_____
Thomas Dattilo

_____
Deborah Diaz

_____
Claudia Romo Edelman

_____
Arthur Kingsbury

_____
Debra von Storch

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent in Lieu of a Special Meeting of the Board of Directors of the Company as of the date first written above.

_____
Tony Aquila


_____
Foster Chiang


_____
Thomas Dattilo


_____
Deborah Diaz


_____
Claudia Romo Edelman


_____
Arthur Kingsbury


_____
Debra von Storch

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent in Lieu of a Special Meeting of the Board of Directors of the Company as of the date first written above.

_____

Tony Aquila

_____

Foster Chiang

_____

Thomas Dattilo

_____

Deborah Diaz

_____

Claudia Romo Edelman

_____

Arthur Kingsbury

_____

Debra von Storch

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent in Lieu of a Special Meeting of the Board of Directors of the Company as of the date first written above.

_____
Tony Aquila

_____
Foster Chiang

_____
Thomas Dattilo

_____
Deborah Diaz

_____
Claudia Romo Edelman

_____
Arthur Kingsbury

_____
Debra von Storch

[UWC Signature Page – Chapter 7 Filing]

IN WITNESS WHEREOF, the undersigned, being the sole member of EV Global Holdco LLC, has executed this written consent as of the date first set forth above.

_____
Sean Yan

IN WITNESS WHEREOF, the undersigned, being the sole director of EV US Holdco Inc., has executed this written consent as of the date first set forth above.

_____
Sean Yan

IN WITNESS WHEREOF, the undersigned, being the sole director of Canoo Technologies Inc., has executed this written consent as of the date first set forth above.

Sean Yan

IN WITNESS WHEREOF, the undersigned, being the sole manager of Canoo Sales, LLC, has executed this written consent as of the date first set forth above.

_____

Ramesh Murthy

IN WITNESS WHEREOF, the undersigned, being the sole manager of Canoo Manufacturing, LLC, has executed this written consent as of the date first set forth above.

_____

Ramesh Murthy

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Canoo Inc., | Case No. 25-xxxxx (xxx) |
| Debtor. | |
| Tax I.D. No. No. 83-1476189 | |

| | |
|---|---|
| In re: | Chapter 7 |
| EV Global Holdco LLC, | Case No. 25-xxxxx (xxx) |
| Debtor. | |
| Tax I.D. No. No. xx-xxxxxxx | |

| | |
|---|---|
| In re: | Chapter 7 |
| EV US Holdco Inc., | Case No. 25-xxxxx (xxx) |
| Debtor. | |
| Tax I.D. No. No. xx-xxxxxxx | |

| | |
|---|---|
| In re: | Chapter 7 |
| Canoo Technologies Inc., | Case No. 25-xxxxx (xxx) |
| Debtor. | |
| Tax I.D. No. No. xx-xxxxxxx | |

| | |
|---|---|
| In re: | Chapter 7 |
| Canoo Manufacturing, LLC, | Case No. 25-xxxxx (xxx) |
| Debtor. | |
| Tax I.D. No. No. 88-2323678 | |

| | |
|---|---|
| In re: | Chapter 7 |
| Canoo Sales, LLC, | Case No. 25-xxxxx (xxx) |
| Debtor. | |
| Tax I.D. No. No. 88-0750785 | |

## <u>DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS</u>

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that Chipman Brown Cicero & Cole, LLP ("**CBCC**" or the "**Firm**") are attorneys for the above-named debtors (the "**Debtors**") and that compensation paid to the Firm within one (1) year before the filing of the petitions of bankruptcy, or agreed to be paid to the Firm, for services rendered or to be rendered on behalf of the Debtors in contemplation of or in connection with these bankruptcy cases is as follows:

|  |  |
|---|---|
| For legal services, CBCC agreed to accept: | $125,000.00 |
| Prior to the filing of this statement, CBCC received: | $125,000.00 |
| Balance Due | <u>$0.00</u> |

2.      The source of the compensation paid to the Firm was:

■ Debtor Canoo Technologies Inc.       ☐ Other (Specify):

3.

■ The Firm has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the Firm.

☐ The Firm has agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

4.      In return for the above-disclosed fee, the Firm agreed to render legal service for all aspects of the bankruptcy cases until the conclusion of the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code, including:

      a.      Preparation and filing of the petitions, schedules of assets and liabilities, statements of financial affairs, lists of creditors and equity security holders, and master mailing lists;

      b.      Coordination with the Chapter 7 Trustee, preparation for and representation of the Debtors at the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code; and

- 2 -

    c.    Representation of the Debtors as may otherwise be required to advise the Debtors regarding their rights and responsibilities as debtors under chapter 7 of the Bankruptcy Code and the Bankruptcy Rules.

## **CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Firm for representation of the Debtors in these bankruptcy proceedings.

Dated:  January 17, 2025
        Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**


*/s/ Robert A. Weber*

Robert A. Weber (No. 4013)
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:    weber@chipmanbrown.com

*Counsel for the Debtors*

- 3 -

**United States Bankruptcy Court**
**District of Delaware**

In re    **Canoo Inc.**                                                                    Case No.  _____
                                    Debtor(s)                    Chapter    **7**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Administrative Offier of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 17, 2025**                                        *Ramesh Murthy*
                                                                        **Ramesh Murthy**/Chief Administrative Officer, SVP Finance,
                                                                        **Chief Accounting Officer**
                                                                        Signer/Title

*Canoo Manufacturing, LLC*
19951 Mariner Avenue
Torrance, CA 90503

*Canoo Technologies Inc.*
15520 Highway 114, Suite 2C
Justin, TX 76247

*Canoo Sales, LLC*
15520 Highway 114, Suite 2C
Justin, TX 76247

*EV Global Holdco LLC*
15520 Highway 114, Suite 2C
Justin, TX 76247

*EV US Holdco Inc.*
15520 Highway 114, Suite 2C
Justin, TX 76247

*Securities & Exchange Commission*
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

*Securities & Exchange Commission*
Attn: Antonia M. Apps, Regional Director
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

*Internal Revenue Service*
PO Box 7346
Philadelphia, PA 19101-7346

*Secretary of State*
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903

*Delaware State Treasury*
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

Merrick B. Garland
Attorney General
*United States Department of Justice*
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kathy Jennings
Attorney General
*Delaware Department of Justice*
Carvel State Building
820 North French Street
Wilmington, DE 19801

Rob Bonta
Attorney General
*California Department of Justice*
300 South Spring Street, Suite 1700
Los Angeles, CA 90013

Ken Paxton
Attorney General
*Texas Department of Justice*
300 West 15th Street
Austin, TX 78701

Gentner Drummond
Attorney General
*Oklahoma Department of Justice*
313 NE 21st Street
Oklahoma City, OK 73105-3207

*AFV Management Advisors, LLC*
2126 Hamilton Road, Suite 260
Argyle, TX 76226

Alexander Roitman, Esquire
*Seyfarth Shaw LLP*
Two Seaport Lane, Suite 1200
Boston, MA 02210

I-40 OKC Partners LLC
2126 Hamilton Road
Suite 260
Argyle, TX 76226

Oklahoma Ordnance Works Authority
PO Box 945
Pryor, OK 74362

Nasdaq Corporate Headquarters
4 Times Square, 2nd Floor
New York, NY 10036

Nasdaq Market Site
151 West 42nd Street, 10th Floor
New York, NY 10036