| Information to identify the case: | | |
|---|---|---|
| Debtor | Canoo Inc.<br>Name | EIN: 83–1476189 |
| United States Bankruptcy Court  District of Delaware | | Date case filed for chapter: 7  1/17/25 |
| Case number: 25–10094–BLS | | |

## Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Valid picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302–573–6491).**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Canoo Inc. | |
| 2. | **All other names used in the last 8 years** | dba Canoo California, fka EV Global Holdco LLC, fka Canoo Holdings Ltd., fka Hennessy Capital Acquisition Corp. IV | |
| 3. | **Address** | 15520 Highway 114<br>Suite 2C<br>Justin, TX 76247 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert Alan Weber<br>Chipman Brown Cicero & Cole, LLP<br>1313 N. Market Street, Suite 5400<br>Wilmington, DE 19801 | Contact phone 302–295–0196<br>Email: Weber@ChipmanBrown.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jeoffrey L. Burtch<br>P.O. Box 549<br>Wilmington, DE 19899 | Contact phone 302–472–7427<br>Email: jburtch@burtchtrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM<br>Contact phone 302–252–2900<br>Date: 1/23/25 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **February 26, 2025 at 12:00 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. All times listed are in EST. | Location: **Zoom video meeting. Go to www.Zoom.us/join, Enter Meeting ID: 467 176 1801, Passcode: 9581459359, OR Call 1(302) 375–8160**<br><br>For additional information go to https://www.deb.uscourts.gov/virtual–341–meetings–creditors |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

United States Bankruptcy Court
District of Delaware

In re:  
Canoo Inc.  
      Debtor

Case No. 25-10094-BLS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 2  
Date Rcvd: Jan 23, 2025     Form ID: 309C     Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Canoo Inc., 15520 Highway 114, Suite 2C, Justin, TX 76247-8562 |
| aty | + | Gregory F. Fischer, Cozen O'Connor, 1201 North Market Street, Suite 1001, Wilmington, DE 19801-1166 |
| aty | + | J. Patrick Mensching, Doerner, Saunders, Daniel & Anderson LLP, Two West Second Street, Suite 700, Tulsa, OK 74103-3117 |
| 19495854 | + | AFV Management Advisors, LLC, 2126 Hamilton Rd, Ste 260, Argyle, TX 76226-2108 |
| 19495855 | + | Alexander Roitman, Esquire, Seyfarth Shaw LLP, Two Seaport Ln, Ste 1200, Boston, MA 02210-2073 |
| 19495839 | + | Canoo Manufacturing, LLC, 19951 Mariner Ave, Torrance, CA 90503-1672 |
| 19495841 | + | Canoo Sales, LLC, 15520 Hwy 114, Ste 2C, Justin, TX 76247-8562 |
| 19495840 | + | Canoo Technologies Inc., 15520 Hwy 114, Ste 2C, Justin, TX 76247-8512 |
| 19495848 | + | Delaware State Treasury, 820 Silver Lake Blvd, Ste 100, Dover, DE 19904-2464 |
| 19495842 | + | EV Global Holdco LLC, 15520 Hwy 114, Ste 2C, Justin, TX 76247-8512 |
| 19495843 | + | EV US Holdco Inc., 15520 Hwy 114, Ste 2C, Justin, TX 76247-8512 |
| 19495853 | | Gentner Drummond, Attorney General, Oklahoma Dept of Justice, 313 NE 21st St, Oklahoma City, OK 73105-3207 |
| 19495856 | + | I-40 OKC Partners LLC, 2126 Hamilton Rd, Ste 260, Argyle, TX 76226-2108 |
| 19498393 | | JB HUNT TRANSPORT, INC, 615 JB HUNT CORPORATE DRIVE, LOWELL, AR 72745-9143 |
| 19495850 | | Kathy Jennings, Attorney General, Delaware Dept of Justice, Carvel State Bldg, 820 N French St Wilmington, DE 19801-3509 |
| 19495858 | ++++ | NASDAQ CORPORATE HEADQUARTERS, 151 W 42ND ST FRNT 2, NEW YORK NY 10036-6597 address filed with court:, Nasdaq Corporate Headquarters, 4 Times Sq, 2nd Fl, New York, NY 10036 |
| 19495859 | + | Nasdaq Market Site, 151 W 42nd St, 10th Fl, New York, NY 10036-6563 |
| 19495857 | + | Oklahoma Ordnance Works Authority, PO Box 945, Pryor, OK 74362-0945 |
| 19495851 | + | Rob Bonta, Attorney General, California Dept of Justice, 300 S Spring St, Ste 1700, Los Angeles, CA 90013-1256 |
| 19497982 | | Say Technologies LLC, 85 Willow Road, Menlo Park, CA 94025-3656 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: Weber@ChipmanBrown.com | Jan 23 2025 20:25:00 | Robert Alan Weber, Chipman Brown Cicero & Cole, LLP, 1313 N. Market Street, Suite 5400, Wilmington, DE 19801 |
| tr | + | Email/Text: jreif@burtchtrustee.com | Jan 23 2025 20:26:00 | Jeoffrey L. Burtch, P.O. Box 549, Wilmington, DE 19899-0549 |
| 19497938 | + | Email/Text: michael.brittingham@delaware.gov | Jan 23 2025 20:26:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 19495846 | | EDI: IRS.COM | Jan 24 2025 01:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19495852 | + | Email/Text: bcd@oag.texas.gov | Jan 23 2025 20:26:00 | Ken Paxton, Attorney General, Texas Dept of Justice, 300 W 15th St, Austin, TX 78701-1649 |
| 19495849 | ^ | MEBN | Jan 23 2025 20:19:23 | Merrick B. Garland, Attorney General, US Dept of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0001 |

| District/off: 0311-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: 309C | Total Noticed: 30 |

| 19495847 | + Email/Text: DOSDOC_BANKRUPTCY@STATE.DE.US | | |
| --- | --- | --- | --- |
| | | Jan 23 2025 20:26:00 | Secretary of State, Div of Corporations, Franchise Tax, PO Box 898, Dover, DE 19903-0898 |
| 19495845 | ^ MEBN | | |
| | | Jan 23 2025 20:19:31 | Securities & Exchange Commission, Attn: Antonia M. Apps, Regional Director, New York Regional Office, 100 Pearl St, Ste 20-100, New York, NY 10004-6003 |
| 19495844 | + Email/Text: secbankruptcy@sec.gov | | |
| | | Jan 23 2025 20:26:00 | Securities & Exchange Commission, Secretary of the Treasury, 100 F St, NE, Washington, DC 20549-2000 |
| 19497937 | + Email/Text: REV_Bankruptcy_General@state.de.us | | |
| | | Jan 23 2025 20:26:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Gregory F. Fischer | on behalf of Trustee Jeoffrey L. Burtch gfischer@cozen.com kcallahan@cozen.com;gregory-fischer-8954@ecf.pacerpro.com;kcallahan@cozen.com |
| J. Patrick Mensching | on behalf of Creditor Oklahoma Ordnance Works Authority pmensching@dsda.com cpalmer@dsda.com |
| Jeoffrey L. Burtch | jburtch@burtchtrustee.com DE04@ecfcbis.com;sbridgett@burtchtrustee.com;jreif@burtchtrustee.com |
| Robert Alan Weber | on behalf of Debtor Canoo Inc. Weber@ChipmanBrown.com fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 5