**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CANOO, INC., *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 25-10094 (BLS)<br><br>(Jointly Administered)<br><br>**Re: D.I. No. 19** |

**REXFORD INDUSTRIAL-19951 MARINER LLC'S LIMITED OBJECTION TO AND RESERVATION OF RIGHTS IN RESPONSE TO THE TRUSTEE'S FIRST OMNIBUS MOTION FOR ORDER (I) AUTHORIZING REJECTION OF REAL PROPERTY LEASES; (II) AUTHORIZING ABANDONMENT OF PERSONAL PROPERTY AND (III) PROVIDING RELATED RELIEF**

COMES NOW REXFORD INDUSTRIAL--19951 MARINER LLC a Delaware limited liability company, ("REXFORD"), by and through its undersigned counsel, and hereby submits this Limited Objection to and Reservation of Rights (the "Limited Objection") in response to the Trustee's First Omnibus Motion for Order (I) Authorizing Rejection of Real Property Leases; (II) Authorizing Abandon of Personal Property and (III) Providing Related Relief [D.I. No. 19] (the "Motion"), REXFORD states as follows

A. **JURIDISCTION AND VENUE**

1. This Court has Jurisdiction over this Claim pursuant to 28 U.S.C. § 1334. This reservation of rights is submitted pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 11 U.S.C 507(a)(2).

B. **BACKGROUND**

1. On January 17, 2025 (the "Petition Date"), CANOO INC., and related entities and its debtor affiliates (the "Debtor") filed for relief under chapter 7 of Title 11 of U.S. Code.

2. REXFORD is the owner of a parcel of commercial real property located in the County of Los Angeles, State of California and commonly known as 19951 Mariner Avenue, Torrance, California 90503 (the "<u>Property</u>").

3. REXFORD, as owner of the Property is the Lessor with respect to the Debtors, Canoo Technologie Inc., (25-10099 BLS); and Canoo Sales LLC (25-10098 BLS) which occupy the Property pursuant certain leases, amendments and assignments thereof (The "Rexford Leases".) Said Leases and Amendments shall be made available to the Trustee upon request.

4. The Rexford Leases were terminated Prepetition as Rexford had obtained a Judgment-Unlawful Detainer against Debtors, Canoo Technologie Inc., (25-10099 BLS); and Canoo Sales LLC (25-10098 BLS). A true and correct copy of said Judgement and the Writ of Execution issued by the Los Angeles Superior Court (Case No.: 24TRCV04280) are Exhibits A & B respectively.

5. To mitigate damages, Rexford has entered into a lease with a new tenant which stands ready to take possession of the Property immediately **if** and when the Trustee relinquishes possession of the Property.

6. Rexford is informed and believes that Debtor has scheduled the Rexford Lease as an executory contract and while the Trustee has filed his First Omnibus Motion for Order (I) Authorizing Rejection of Real Property Leases; (II) Authorizing Abandon of Personal Property and (III) Providing Related Relief ("Motion"), the bankruptcy estate continues to retain possession of the Property while it liquidates assets of the estate, inclusive of those items of personal property which remain at the Property,

7. Rexford does not object to the Trustee's Motion, noting the above, and based on Debtor's having listed same as executory, notwithstanding the state court Judgment. However,

Rexford does expressly reserve its right to file its claim for damages resulting from Debtors' Lease of the Property and further expressly reserves the right to assert its claim for administrative rent for the Estate's use and occupancy of the Property, postpetition.

**WHEREFORE**, REXFORD respectfully prays that to the extent this Court grants the Trustee's Motion, any order for rejection of the Rexford Lease includes provision for the immediate turnover of the Property to Rexford, together with the appropriate alarm codes, and preserve to Rexford its right to assert its prepetition claim for unpaid rent, costs and related damages attendant to Debtors' breach of lease together with claims against the Bankruptcy Estate for its ongoing postpetition use and occupancy of the Property.

Dated: February 5, 2025,

/*s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street
Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

*Local Counsel to REXFORD INDUSTRIAL-19951 Mariner LLC*
-and-

Allan D. Sarver, Esquire (SBN106282)
Law Offices of Allan D. Sarver
16000 Ventura Boulevard
Suite 1000
Encino, CA  91436
Telephone: (818) 981-0581
Facsimile: (818) 981-0026
Email: ads@asarverlaw.com

*Lead Counsel to REXFORD INDUSTRIAL-19951 Mariner LLC*