# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CANOO INC. *et al.*,[1] | Case No. 25-10094 (BLS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Gregory F. Fischer, hereby certify that on February 14, 2025 I caused a true and correct copy of the foregoing *Notice of Agenda of Matters Scheduled for Hearing on February 19, 2025 at 10:30 A.M. (ET)* to be filed & served via CM/ECF upon all parties registered to receive notification of such filings.

**COZEN O'CONNOR**

Dated: February 14, 2025

*/s/ Gregory F. Fischer*
Mark E. Felger (#3919)
Gregory F. Fischer (#5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: mfelger@cozen.com
gfischer@cozen.com

*Counsel for Jeoffrey L. Burtch,
Chapter 7 Trustee*

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc., (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS.