## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CANOO INC. *et al.*,[1] | Case No. 25-10094 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF *AMENDED* AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 19, 2025 AT 10:30 A.M. (ET)

**\*THIS HEARING HAS BEEN CANCELLED BY THE COURT\***

MATTERS NOT GOING FORWARD:

1. Motion of the Debtors for Entry of and Order (I) Authorizing the Debtors to File Unredacted Versions of the Creditor Matrix, the Schedules and Statements, and Related Documents under Seal; and (II) Granting Related Relief [Docket No. 5; filed: 1/22/2025]

    Response Deadline:    February 5, 2025 at 4:00 p.m. ET

    Related Documents:

    A)  Certificate of No Objection to the Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to File Unredacted Versions of the Creditor Matrix, the Schedules and Statements, and Related Documents under Seal; and (II) Granting Related Relief [Docket No. 25; filed 2/7/2025];

    B)  Order Authorizing Debtors to File Unredacted Versions of the Creditor Matrix, the Schedules and Statements, and Related Documents Under Seal [Docket No. 26; filed on 2/7/2025]

    Status:    An Order has been entered on this motion.

2. Trustee's First Omnibus Motion for Order: (I) Authorizing Rejection of Real Property Leases; (II) Authorizing Abandonment of Personal Property; and (III) Providing Related Relief [Docket No. 19; filed: 1/30/2025]

    Response Deadline:    February 6, 2025 at 4:00 p.m. ET

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc., (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS.

Related Documents:

A) Rexford Industrial-19951 Mariner LLCs Limited Objection to and Reservation of Rights in Response to the Trustees First Omnibus Motion for an Order (I) Authorizing Rejection of Real Property Leases; (II) Authorizing Abandonment of Personal Property and (III) Providing Related Relief [Docket No. 24; filed 2/5/2025];

B) CrossMar Industrial North 100, LLC's Limited Objection and Reservation of Rights with Respect to Trustee's Lease Rejection Motion [Docket No. 28; filed on 2/12/2025]

Status: All Objections have been resolved, and a proposed Order will be submitted under Certification of Counsel.

**COZEN O'CONNOR**

Dated: February 19, 2025

*/s/ Mark E. Felger*
Mark E. Felger (#3919)
Gregory F. Fischer (#5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: mfelger@cozen.com
         gfischer@cozen.com

*Counsel for Jeoffrey L. Burtch,*
*Chapter 7 Trustee*