**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CANOO, INC, *et al.* | ) | Case No. 25-10094-BLS |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

      I, Lucian Murley, Esquire, hereby certify that on February 21, 2025, a copy of the *Motion of IPFS Corporation of California for Relief from the Automatic Stay to Terminate Insurance Policies Effective January 17, 2025* was served through the Court's CM/ECF system upon all parties that consented to electronic service.

                                      **SAUL EWING LLP**

                                 By: */s/ Lucian Murley*
                                       Lucian Murley (DE Bar No. 4892)
                                       1201 North Market Street, Suite 2300
                                       P. O. Box 1266
                                       Wilmington, DE 19801-1266
                                       (302) 421-6898

Dated: February 21, 2025