# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 02/27/2025
Case: 25−10094−BLS     Form ID: van043     Total: 45

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| tr | Jeoffrey L. Burtch | jburtch@burtchtrustee.com |
| aty | Gregory F. Fischer | gfischer@cozen.com |
| aty | Jeoffrey L. Burtch | jburtch@burtchtrustee.com |
| aty | Mark E. Felger Esq. | mfelger@cozen.com |
| aty | Robert Alan Weber | Weber@ChipmanBrown.com |
| aty | Simon E. Fraser | sfraser@cozen.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| ID | Name | Address |
|---|---|---|
| db | Canoo Inc. | 15520 Highway 114  Suite 2C  Justin, TX 76247 |
| 19495854 | AFV Management Advisors, LLC | 2126 Hamilton Rd, Ste 260  Argyle, TX 76226 |
| 19509653 | Airgas USA, LLC | 6055 Rockside Woods Blvd  Independence, OH 44131 |
| 19495855 | Alexander Roitman, Esquire | Seyfarth Shaw LLP  Two Seaport Ln, Ste 1200  Boston, MA 02210 |
| 19499135 | AlixPartners LLP | 2000 Town Center, #2400  Southfield, MI 48075 |
| 19709851 | Arnold Vega | c/o Jennifer Spencer, Esquire  Jackson Spencer Law  4004 Belt Line Rd, Ste 210  Addison, TX 75001 |
| 19499220 | Arrow Electronics, Inc. | Jeffrey M. Galen, Esq.  Galen & Davis, LLP  Westlake Village, CA 91361 |
| 19499408 | Artemis COnsulting Group, Inc. | 13221 N Teal Blue Trl  Tucson, AZ 85742−8670 |
| 19499245 | Broadridge Financial Solutions | 1155 long Island Avanue  Edgewood, NY 11717 |
| 19495839 | Canoo Manufacturing, LLC | 19951 Mariner Ave  Torrance, CA 90503 |
| 19495841 | Canoo Sales, LLC | 15520 Hwy 114, Ste 2C  Justin, TX 76247 |
| 19495840 | Canoo Technologies Inc. | 15520 Hwy 114, Ste 2C  Justin, TX 76247 |
| 19507902 | Compensia, Inc. | 548 Market Street, PMB #55353  San Francisco, CA 94104−5401 |
| 19499216 | Craig Daigle | 118 Orchard Drive  Midwest City, OK 73110 |
| 19495848 | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100  Dover, DE 19904 |
| 19497938 | Department of Labor | Division of Unemployment Insurance  P.O. Box 9953  Wilmington, DE 19809 |
| 19495842 | EV Global Holdco LLC | 15520 Hwy 114, Ste 2C  Justin, TX 76247 |
| 19495843 | EV US Holdco Inc. | 15520 Hwy 114, Ste 2C  Justin, TX 76247 |
| 19495853 | Gentner Drummond | Attorney General  Oklahoma Dept of Justice  313 NE 21st St  Oklahoma City, OK 73105−3207 |
| 19495856 | I−40 OKC Partners LLC | 2126 Hamilton Rd  Ste 260  Argyle, TX 76226 |
| 19495846 | Internal Revenue Service | PO Box 7346  Philadelphia, PA 19101−7346 |
| 19498393 | JB HUNT TRANSPORT, INC | 615 JB HUNT CORPORATE DRIVE  LOWELL, AR 72745 |
| 19495850 | Kathy Jennings | Attorney General  Delaware Dept of Justice  Carvel State Bldg  820 N French St  Wilmington, DE 19801 |
| 19495852 | Ken Paxton | Attorney General  Texas Dept of Justice  300 W 15th St  Austin, TX 78701 |
| 19498868 | LS EV Korea Ltd. | 27 Gongdan−ro, 140 Beon−gil  Gunpo−si, Gyeonggi−do, 15845  Republic of Korea  LS EV Korea |
| 19495849 | Merrick B. Garland | Attorney General  US Dept of Justice  950 Pennsylvania Ave, NW  Washington, DC 20530−0001 |
| 19495858 | Nasdaq Corporate Headquarters | 4 Times Sq, 2nd Fl  New York, NY 10036 |
| 19495859 | Nasdaq Market Site | 151 W 42nd St, 10th Fl  New York, NY 10036 |
| 19495857 | Oklahoma Ordnance Works Authority | PO Box 945  Pryor, OK 74362 |
| 19499634 | Oracle America, Inc. | c/o Shawn M. Christianson, Esq.  Buchalter PC  425 Market St., Suite 2900  San Francisco, CA 94105 |
| 19495851 | Rob Bonta | Attorney General  California Dept of Justice  300 S Spring St, Ste 1700  Los Angeles, CA 90013 |
| 19497982 | Say Technologies LLC | 85 Willow Road  Menlo Park, CA 94025−3656 |
| 19495847 | Secretary of State | Div of Corporations  Franchise Tax  PO Box 898  Dover, DE 19903 |
| 19495845 | Securities & Exchange Commission | Attn: Antonia M. Apps, Regional Director  New York Regional Office  100 Pearl St, Ste 20−100  New York, NY 10004−2616 |
| 19495844 | Securities & Exchange Commission | Secretary of the Treasury  100 F St, NE  Washington, DC 20549 |
| 19499741 | Shenzhen LT Century Prototype Co., Ltd. | 2F, 3rd Bldg., Jinyuda Industrial Park,  Shangliao Business Rd.,Shajing , Baoan,  Shenzhen, China 518125 |
| 19497937 | State of Delaware | Division of Revenue  820 N. French Street, 8th Floor  Wilmington, DE 19801−0820 |
| 19499363 | UTAH STATE TAX COMMISSION | ATTN: BANKRUPTCY UNIT  210 N 1950 W  SALT LAKE CITY, UT 84134−9000 |

TOTAL: 38