Court Admissions for Garry M. Gaskins, II

| | |
|---|---|
| Okla. Bar # 20212 (09/28/2004) | |
| Texas Bar # 24131952 (10/13/2022) | |
| | U.S. Supreme Court |
| | 11th Circuit |
| | 10th Circuit |
| | 8th Circuit |
| | 6th Circuit |
| | 5th Circuit |
| | DC Circuit #64532 |
| | ND-OK |
| | ED-OK |
| | WD-OK #09-19 |
| | SD-TX |
| | U.S. Dist. District of Columbia |
| | U.S. Dist. Western Kentucky |
| | U.S. Dist. North Dakota |
| | U.S. Dist. Oregon |
| | |