**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CANOO INC. *et al.*,[1] | Case No. 25-10094 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION**
**FOR ENTRY OF AN ORDER: (A) APPROVING ASSET**
**PURCHASE AGREEMENT PURSUANT TO 11 U.S.C. § 363**
**AND (B) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on March 4, 2025, Jeoffrey L. Burtch, the chapter 7 trustee in the above-captioned cases (the "Trustee"), filed a Motion for Entry of an Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and (B) Granting Related Relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that if you wish to object to the Motion or submit a higher offer for the Purchased Assets, you must file your objection or submit your offer on or before **March 28, 2025 at 5:00 p.m. (ET).** At the same time, you must also serve a copy of your objection or bid upon the Trustee's counsel:

Mark E. Felger, Esq.
Gregory F. Fischer, Esq.
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone (302) 295-2000
mfelger@cozen.com
gfischer@cozen.com

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed or a higher offer is submitted in accordance with the procedures set forth in the Motion, then a hearing on the Motion will be held before the Honorable Brendan Linehan Shannon, United States Bankruptcy Court Judge at 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 on **April 2, 2025 at 10:00 a.m. (Eastern Time).** Only those objections or higher offers made in writing, timely filed/submitted, and served in accordance with the procedures set forth in the Motion will be considered at and receive notice of such hearing.

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc., (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing, LLC (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS.

IF YOU FAIL TO RESPOND BY THE ABOVE DEADLINE, THE COURT MAY GRANT THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR A HEARING.

Dated:  March 4, 2025

COZEN O'CONNOR

*/s/ Mark E. Felger*
Mark E. Felger (DE 3919)
Gregory F. Fischer (DE 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
T: (302) 295-2000
mfelger@cozen.com
gfischer@cozen.com
*Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*