**Exhibit 1**

# WHS Energy Solutions
## Provisionally Designated Contracts
As of March 3, 2025

### Business Unit A

| Supplier Name | Cure Costs as of 1/17/2025 |
|---|---:|
| Kyungshin Cable International Corporation | $ 234,926 |
| ContiTech MGW GmbH | $ 60,944 |
| FWU JIH DIE CASTING INDUSTRIAL CO LTD | $ 80,650 |
| Interplex Suzhou Precision Engineering LTD | $ (1,744) |
| Oetiker NY Inc | $ 22,289 |
| Rogers Luxembourg | $ 750 |
| Sensata Technologies Inc | $ 2,161 |
| | $ 399,976 |

### Business Unit B

| Supplier Name | Cure Costs as of 1/17/2025 |
|---|---:|
| Automatic Spring Products Corporation | $ 6 |
| BlueTech Global LLC | $ 29,209 |
| Devries International Inc | $ - |
| DN Automotive USA Inc | $ 86,043 |
| Donaldson Company Inc | $ 4,128 |
| Dura Ganxiang Automotive Systems Shanghai Co Ltd | $ 1,618 |
| EPCO Products Inc | $ - |
| Filtran LLC | $ 144,249 |
| Freudenberg NOK Sealing Technologies | $ 4,100 |
| GGB LLC | $ - |
| Jing-Jin Electric North America LLC | $ 569,325 |
| MDA US LLC | $ 229,745 |
| NMB Technologies Corporation | $ 46,880 |
| POSCO INTERNATIONAL AMERICA CORP | $ 24,025 |
| Principal Manufacturing Corporation | $ 86,515 |
| Schaeffler Group USA Inc | $ 4,146 |
| SHW Automotive Pumps (Kunshan) Co Ltd | $ (170) |
| | $ 1,229,819 |

# WHS Energy Solutions
## Assumed Contracts
As of March 3, 2025

### Other Contracts Assumed

| Supplier Name | Cure Costs as of 4/15/2025 |
|---|---:|
| I-40 OKC Partners LLC | $ 3,739,005 |
| 15306 HWY 114 LLC | $ 110,318 |
| 15520 HWY 114 LLC | $ 586,978 |
| Grand River Dam Authority | $ 160,761 |
| OG&E | $ 92,032 |
| Electrical Solutions of Oklahoma | $ 70,008 |
| | $ 4,759,102 |