# **Exhibit B**

STATE OF CALIFORNIA
DEPARTMENT OF MOTOR VEHICLES

| | DMV USE ONLY |
|---|---|
| | OCCUPATIONAL LICENSING NUMBER |

## DEALER SURETY BOND

(Vehicle Code Section 11710)

Licensing Operations Division
Occupational Licensing Branch
P.O. Box 932342, MS: L224
Sacramento, CA 94232-3420

Bond Number __1029546__
SURETY USE ONLY

Premium Amount $ __750.00__
SURETY USE ONLY

### KNOW ALL PERSONS BY THESE PRESENTS:

That we, _____ CANOO SALES, LLC DBA CANOO _____
PRINCIPAL NAME(S) AND DBA

doing business as a dealer whose address for service is _____
15520 Highway 114
Justin, TX, 76247
DEALER SERVICE ADDRESS

as PRINCIPAL, and _____ THE HANOVER INSURANCE COMPANY _____,
SURETY NAME

a corporation organized under the laws of _____ NH _____ and authorized to transact a
STATE OF INCORPORATION

general surety business in the State of California, whose address for service is _____
440 Lincoln Street
SURETY SERVICE ADDRESS

_____ Worcester, MA  01653 _____, as SURETY, are held and firmly bound to the People of the State of California in the penal sum of FIFTY THOUSAND DOLLARS ($50,000), for which payment we bind ourselves, our heirs, executors, administrators, successors and assigns jointly and severally, firmly by these presents. The bond term shall begin on _____ June 10, 2022 _____.
BOND EFFECTIVE DATE

WHEREAS, section 11710, Vehicle Code, requires that the Principal file or have on file with the Department a bond in the sum of $50,000 and this bond is executed and tendered in accordance therewith.

NOW THEREFORE, the conditions of the foregoing obligation are that if the Principal shall not practice any fraud or make any fraudulent representation which will cause a monetary loss to a purchaser, seller, financing agency, or governmental agency; and, shall not fail to comply with conditions set out in section 11711, then this obligation is to be void; otherwise it is to remain in full force and effect.

PROVIDED HOWEVER, this bond is issued subject to the following express conditions:

(1) This bond shall be deemed continuous in form and shall remain in full force and effect and shall run concurrently with the license period for which the license is granted and each and every succeeding license period or periods for which said Principal may be licensed, after which liability hereunder shall cease except as to any liability or indebtedness therefore incurred or accrued hereunder.

(2) This bond is executed by the Surety to comply with Article 1 (commencing with section 11700), Chapter 4, Division 5, Vehicle Code and chapter 2, title 14, part 2, Code of Civil Procedure and said bond shall be subject to all the terms and provisions thereof.

(3) The aggregate liability of the Surety hereunder on all claims whatsoever shall not exceed the penal sum of this bond in any event.

(4) This bond may be cancelled by the Surety in accordance with Article 13 (commencing with section 996.310), chapter 2, title 14, part 2, Code of Civil Procedure.

(5) The Surety, its successors and assigns, are jointly and severally liable on the obligations of the bond, chapter 2 (commencing with section 995.010), title 14, part 2, Code of Civil Procedure and Article 1 (commencing with section 11700), Chapter 4, Division 5, Vehicle Code.

(6) The Principal and Surety may be served with notices, papers and other documents under chapter 2 (commencing with section 995.010), title 14, part 2, Code of Civil Procedure at the addresses given above.

*I certify (or declare) under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. The undersigned executes this bond on behalf of the surety under an unrevoked power of attorney.* THE HANOVER INSURANCE COMPANY

Executed at _____
440 Lincoln Street
Worcester, MA  01653

X _____
SIGNATURE OF ATTORNEY-IN-FACT

On (Date) _____ June 10, 2022 _____

Rachel Fore
PRINTED OR TYPED NAME OF ATTORNEY-IN-FACT

OL 25 (REV. 3/2016) WWW