# Exhibit C

# LICENSE OR PERMIT BOND

Bond Number: 1081699

KNOW ALL PERSONS BY THESE PRESENTS, That we CANOO, INC. of 19951 Mariner Ave, Torrance, CA, 90503, hereinafter referred to as the Principal, and THE HANOVER INSURANCE COMPANY, as Surety, are held and firmly bound unto UNITED STATES DEPARTMENT OF INTERIOR, NATIONAL PARK SERVICE of PO Box 579, Death Valley, CA, 92128, hereinafter referred to as the Obligee, in the sum of Five Thousand and 00/100 Dollars ($ 5,000.00 ), for the payment of which we bind ourselves, our legal representatives, successors and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THIS OBLIGATION IS SUCH, That whereas, the Principal has made application for a license or permit to the Obligee for the purpose of, or to exercise the vocation of Vehicle testing Death Valley National Park.

NOW, THEREFORE, if Principal shall faithfully comply with all ordinances, rules and regulations which have been or may hereafter be in force concerning said License or Permit, and shall save and keep harmless the Obligee from all loss or damage which it may sustain or for which it may become liable on account of the issuance of said license or permit to the Principal, then this obligation shall be void; otherwise, to remain in full force and effect.

THIS BOND WILL EXPIRE the 27th day of July, 2021, but may be continued by continuation certificate signed by the Principal and Surety. The Surety may at any time terminate its liability by giving thirty (30) days written notice to the Obligee, and the Surety shall not be liable for any default after such thirty day notice period, except for defaults occurring prior thereto.

SIGNED, SEALED AND DATED this 27th day of July, 2020.

CANOO, INC.
(Principal)

By _____ (Seal)

THE HANOVER INSURANCE COMPANY
(Surety)

By _____ (Seal)
Derek J. Elston  Attorney-in-Fact

Form F4593