**Exhibit 1**

# WHS Energy Solutions

## Provisionally Designated Contracts
As of March 17, 2025

### Business Unit C

| Supplier Name | Cure Costs as of 1/17/2025 |
|---|---:|
| Anand NVH Products Private Ltd | $ 146,452 |
| Anderton Castings SAS | $ 236,618 |
| CTR CO LTD | $ 27,743 |
| Dasung CoLtd | $ 2,348,657 |
| HL Mando Corporation / Mando Mexico SA de CV | $ 45,828 |
| Hyundai Mobis Co Ltd | $ 1,020,500 |
| Iljin Global Co Ltd | $ 8,729 |
| Kyung Chang Precision | $ 323,655 |
| New Mather Metals Inc | $ - |
| Nexen Corporation | $ 58,543 |
| OPTIMAS OE SOLUTIONS LP | $ 48,811 |
| Prime Wheel | $ 179,769 |
| Sensata Technologies Inc | $ 2,161 |
| Tenneco Automotive Operating Company Inc | $ 379,462 |
| Thunder Mfg USA Inc | $ 5,614 |
| TIANYA( NINGDE) AUTO PARTS CO., LTD | $ - |
| Robert Bosch LLC | $ 20,000 |
| D&N Bending Corp | $ 36,207 |
| DALIAN YAMING AUTOMOTIVE PARTS CO LTD | $ 30,181 |
| Fuzhou Fushiang Motor Industrial CoLtd | $ 749,368 |
| L&L Products Inc | $ 3,307 |
| Mursix Corporation | $ 3,569 |
| Oakley Industries Inc | $ 172,468 |
| Proto Labs Inc | $ 13,275 |
| Redall Industries Inc | $ 18,174 |
| Schwab Industries Inc | $ 96,265 |
| Telos Global LLC | $ 2,158,273 |
| Toledo Tool & Die Co Inc | $ 2,665,444 |
| UACJ Automotive Whitehall Industries Inc | $ 547,192 |
| Zone Enterprises LLC | $ - |
| ContiTech Fluid Technology Changchun Co Ltd | $ 15,289 |
| ContiTech MGW GmbH | $ 60,944 |
| Marelli North America Inc | $ 117,709 |
| ROBERTSHAW CONTROLS CO | $ 18,359 |
| Valeo North America Inc | $ 266,000 |
| | $ 11,824,566 |