# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CANOO INC. *et al.*,[1] | Case No. 25-10094 (BLS) |
| Debtors. | (Jointly Administered) |
| | **RE: Docket Item 58** |

## THIRD NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED, PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE, IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE ESTATES' ASSETS, AND THE PROPOSED CURE AMOUNTS

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On March 3, 2025, Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee") for the bankruptcy estates of the above-captioned debtors, filed a *Motion for Entry of Order (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and (B) Granting Related Relief* (the "Motion") [D.I. 58].

2. In accordance with the Motion, the Trustee hereby files this Third Notice (the "Third Cure Notice") identifying: (i) those executory contracts and unexpired leases that may be assumed and assigned to a potential purchaser in connection with the Trustee's sale of the Purchased Assets (the "Executory Contracts and Unexpired Leases"); and (ii) the proposed cure amount to cure any and all defaults associated with each Executory Contract and Unexpired Lease (the "Cure Amount").

3. A list of the Executory Contracts and Unexpired Leases, together with the Cure Amount for each, is attached to this Third Cure Notice as Exhibit 1.

4. You have been identified as possibly being a party to an Executory Contract or Unexpired Lease.

5. **If you wish to assert an objection to the proposed Cure Amount associated with the particular Executory Contract or Unexpired Lease to which you are a party, you must do so in accordance with the instructions in this Third Cure Notice, on or before 4:00 p.m. Eastern Time, April 14, 2025 (the "Objection Deadline").**

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc., (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing, LLC (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS.

6. Timely objections to the Trustee's proposed Cure Amounts, if any, will be heard at a hearing on a date to be determined before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, Courtroom No. 1, 6th Floor, 824 North Market Street, Wilmington, Delaware 19801.

7. In order to be considered, objections (if any) must: (i) be in writing; (ii) state with specificity the grounds for such objection (with appropriate documentation in support thereof); (iii) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the District of Delaware; (iv) be filed with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801 by the Objection Deadline; and (v) be served on the following parties (so as to be **received** by such parties) by the Objection Deadline: (i) the Trustee, care of his counsel, Cozen O'Connor, 1201 N. Market St., Ste. 1001, Wilmington, DE 19801, Attn. Mark E. Felger, Esq.; (ii) the Buyer, care of its counsel, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110, Attn. Greg Milmoe, Esq., and (iii) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19081.

8. **If you do not file and serve a timely objection to a proposed Cure Amount listed on Exhibit 1 to this Third Cure Notice pursuant to the instructions set out in this Third Cure Notice, you shall be forever barred from objecting to such Cure Amount, and you shall be deemed to consent to such Cure Amount.**

9. The presence of a contract or agreement on Exhibit 1 attached hereto does not constitute an admission that such contract or agreement is an executory contract, and does not constitute a representation that such contract or agreement will be assumed and assigned to any successful purchaser. The Trustee reserves all of his rights, claims, and causes of action with respect to the contracts and agreements listed on Exhibit 1 attached hereto.

10. This Third Cure Notice is qualified in its entirety by the Motion.

                                              **COZEN O'CONNOR**

Dated: March 24, 2025          */s/ Gregory F. Fischer*
                                         Mark E. Felger (No. 3919)
                                         Gregory F. Fischer (No. 5269)
                                         1201 North Market Street, Ste. 1001
                                         Wilmington, DE  19801
                                         Telephone:  (302) 295-2000
                                         Facsimile:  (302) 295-2013
                                         Email: mfelger@cozen.com
                                                             gfischer@cozen.com

                                         *Counsel for the Trustee*