**Exhibit 1**

# WHS Energy Solutions
## Provisionally Designated Contracts
As of March 22, 2025

### Business Unit A

| Supplier Name | Cure Costs as of 1/17/2025 |
|---|---:|
| Ancor Automotive LLC | $ 548 |
| During Vietnam Co LTD | $ 93,215 |
| INTEGRATED MICRO-ELECTRONICS MEXICO SAPI DE CV | $ 20,540 |
| KITAGAWA INDUSTRIES America, Inc. | $ - |
| LS Cable & System (Wuxi) Co Ltd | $ 420,825 |
| SANMINA CORPORATION | $ 1,188,886 |
| Shenzhen LT Century Prototype Co Ltd | $ 133,344 |
| Fiamm Technologies LLC | $ - |
| Pearl Engineered Solutions Pte Ltd | $ 18,970 |
| Suzhou Recodeal Interconnect System Co Ltd | $ 4,343 |
| A RAYMOND MANUFACTURING CENTER NORTH AMERICA INC | $ 178,339 |
| Dasung CoLtd | $ 2,348,657 |
| Freudenberg NOK Sealing Technologies | $ 4,100 |
| Seal Methods Inc | $ 348 |
| Star Rapid Limited | $ - |
| Vernay Laboratories Inc | $ - |
| Altair Engineering Inc. | $ 210,895 |
| Cloudfare Inc | $ - |
| Stratus-X LLC | $ 598,136 |
| Onix Networking Corp | $ 1,575,466 |
| Contegix | $ 208,161 |
| Vector North America | $ 26,630 |
| Riverpoint Technology | $ - |
| dSpace Inc. | $ 2,521 |
| | $ 7,033,923 |

**Business Unit B**

| Supplier Name | Cure Costs as of 1/17/2025 |
|---|---:|
| Ningbo Xusheng Group Co LTD | $ 1,189,261 |
| Dana Limited | $ 7,183,024 |
| | $ 8,372,285 |

**Business Unit D**

| Supplier Name | Cure Costs as of 1/17/2025 |
|---|---:|
| 3D Hubs Manufacturing LLC | $ - |
| 3M Company | $ 10,195 |
| Accu-Tek Tool & Die Inc | $ - |
| Accu-Tech Corporation | $ 7,782 |
| AGP Worldwide Operations GmbH | $ 29,311 |
| Allied Plastics LLC | $ 66,767 |
| Amphenol Advanced Sensors | $ - |
| Amphenol Custom Cable | $ 2,087 |
| Amphenol Thermometrics Inc | $ 963 |
| Amphenol Tecvox LLC | $ - |
| Anton Manufacturing division of Multimatic Inc | $ 61,553 |
| Auria Solutions USA Inc | $ 112,905 |
| Autokiniton US Holdings Inc | $ 1,345,447 |
| CASCO Products Corporation | $ 112,067 |
| Coastal Automotive LLC | $ - |
| Complete Prototype Services Inc | $ 12,546 |
| CRISTALES INASTILLABLES DE MEXICO SA DE CV | $ 811,968 |
| D&N Bending Corp | $ 36,207 |
| DALIAN YAMING AUTOMOTIVE PARTS CO LTD | $ 30,181 |
| Drive Automotive Industries of America | $ 59,426 |
| Engineered Fastener Company LLC | $ 480 |
| Fairchild Industries | $ 63,551 |
| Fast Radius | $ - |
| Fiberdyne Research Pty Ltd | $ 57,314 |
| Fuzhou Fushiang Motor Industrial CoLtd | $ 749,368 |
| GIGA-BYTE TECHNOLOGY CO LTD | $ - |
| GRUPO ANTOLIN NORTH AMERICA INC | $ 1,222,940 |
| Guangdong Magna Automotive Mirrors Co Ltd | $ 575 |
| Hanwha Advanced Materials Mexico S DE RL DE CV | $ 53,375 |
| Hella Electronics Corporation | $ 63,269 |
| HSL SRL | $ 385,686 |

| Vendor | Amount |
|---|---:|
| Hwaseung R&A COLTD | $ 100,502 |
| Idneo Technologies SAU | $ 565,184 |
| IEE SA | $ - |
| IHM | $ - |
| Illinois Tool Works Inc | $ 401,744 |
| iMoss Corporation | $ - |
| Innotec Corp | $ - |
| Integrated Micro Electronics Inc | $ 9,831 |
| Inteva Products LLC | $ 22,192 |
| Izoblok SA | $ 360 |
| JAC auto parts (Ningbo) Co Ltd | $ 204,544 |
| Joyson Safety Systems Acquisition LLC | $ 1,233,717 |
| JVIS USA LLC | $ 34,261 |
| KASAI NORTH AMERICA INC | $ 5,621,830 |
| KB Components Canada Inc | $ - |
| KYOCERA AVX Components (New Delhi) Private Limited | $ - |
| Kyung Chang Technology Jiang Yin Co LTD | $ 323,655 |
| Kyungshin Cable International Corporation | $ 41,452 |
| Legend Fleet Solutions | $ 107,675 |
| LS EV KOREA Ltd | $ 35,585 |
| Magna Body & Chassis Iowa | $ 63,670 |
| Marathon Labels Inc | $ 404 |
| Marelli North America Inc. | $ 117,709 |
| Highly Marelli USA Inc. | $ 182,096 |
| Marquardt Switches Inc | $ 472,218 |
| McMaster-Carr Supply Company | $ 27,887 |
| Mergon Corporation | $ 103,097 |
| Metrican Stamping LLC | $ 394,400 |
| MISC Products Inc | $ - |
| Mobase Electronics Co Ltd | $ 228,455 |
| MOBIS NORTH AMERICA LLC | $ 74,941 |
| Nagravision S.A | $ - |
| North American Mold LLC | $ - |
| Novares US LLC | $ 227,056 |
| Paguzzi Inc | $ 1,384 |
| Pennex Aluminum Company LLC | $ 36,206 |
| Plastiques du Val de Loire | $ 33,236 |
| Pliant Plastics Corporation | $ - |
| Power Sonic Corporation | $ 301 |
| PREH INC | $ 240,818 |
| Product & Tooling Technologies | $ 118 |
| Quality Steel Products Inc | $ 9,950 |
| RCO Engineering Inc | $ 70,890 |
| RPS Tool and Engineering | $ 7,847 |
| SEKONIX Co Ltd | $ 132,183 |
| Sika Corporation | $ 751 |
| Stabilus Inc | $ 57 |
| Standard Profil Spain S A | $ 356,489 |
| Stanley Engineered Fastening | $ 1,954 |

| | | |
|---|---|---:|
| Starglass | $ | 71,133 |
| Tachi-S Engineering USA Inc | $ | 7,987,609 |
| Tom Ortmanns LP | $ | 11,414 |
| TPK Auto Tech Co Limited | $ | - |
| Vantage Technologies USA Inc | $ | 966 |
| WEGU Manufacturing Inc | $ | - |
| Wil-kast Inc | $ | 18,510 |
| Woory Industrial Company Ltd | $ | 53,275 |
| | $ | 24,925,518 |