## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CANOO, INC., *et al.*,[1] | Case No. 25-10094 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that on February 19, 2025, Jeoffrey L. Burtch (the "Trustee") in his capacity as the Chapter 7 Trustee for the estates of the above-captioned debtors (the "Debtors"), by and through his undersigned counsel, filed the *Application of Chapter 7 Trustee to Retain Munck Wilson Mandala, LLP as Special Counsel for Intellectual Property Matters* (the "Application") [Docket No. 35] with the United States Bankruptcy Court for the District of Delaware.  The Application was scheduled for hearing on April 2, 2025 at 10:00 a.m. (ET).  You were previously served with a copy of the Application.

**PLEASE TAKE FURTHER NOTICE** that on March 4, 2025, the Trustee filed a *Motion for Entry of an Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and (B) Granting Related Relief* (the "Sale Motion") [Docket 51].  The Sale Motion was scheduled for hearing on April 2, 2025 at 10:00 a.m. (ET).You were previously served with a copy of the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that on March 18, 2025, Hanover Insurance Company filed its *Motion of the Hanover Insurance Company for an Order Granting It (I) Relief from the Automatic Stay, for "Cause," Pursuant to 11 U.S.C. § 362(d), to Cancel Certain Pre-*

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc., (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS).

*Petition Surety Bonds and Waiving the Stay of Fed. R. Bankr. 4001(a)(3); and (II) Such Other and Further Relief as May be Appropriate* (the "Motion for Relief") [Docket 78].  The Motion for Relief was scheduled for hearing on April 2, 2025 at 10:00 a.m. (ET).  You were previously served with a copy of the Motion for Relief.

**PLEASE TAKE FURTHER NOTICE THAT** for any responses timely received or filed and not otherwise resolved, the hearing on the Application, Sale Motion, and the Motion for Relief has been rescheduled to **April 9, 2025, at 11:30 a.m. (ET)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge at 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

Dated:  March 31, 2025

**COZEN O'CONNOR**

*/s/ Gregory F. Fischer*
Mark E. Felger (No. 3919)
Gregory F. Fischer (No. 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Email:  mfelger@cozen.com
         gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch,*
*Chapter 7 Trustee*