IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CANOO, INC., *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 25-10094 (BLS) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Gregory F. Fischer, hereby certify that on March 31, 2025, I caused a true and correct copy of the foregoing *Notice of Rescheduled Hearing* to be electronically filed with the Court, which filing constitutes service CM/ECF upon all parties requesting such service.

Dated: March 31, 2025

**COZEN O'CONNOR**

*/s/ Gregory F. Fischer*
Gregory F. Fischer (No. 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Email: gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch,
Chapter 7 Trustee*

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc., (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS).

LEGAL\76565785\1