# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CANOO INC., *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 25-10094 (BLS)<br><br>(Jointly Administered)<br><br>**Hearing Date: April 9, 2025 at 11:30 a.m. (EDT)**<br>**Obj. Deadline April 1, 2025 (by agreement)**<br>**Re: Docket Nos. 51, 68** |

**PRINCIPAL MANUFACTURING CORPORATION'S LIMITED OBJECTION TO: (I) CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER APPROVING ASSET PURCHASE AGREEMENT PURSUANT TO 11 U.S.C. § 363 AND GRANTING RELATED RELIEF; (II) PROPOSED SALE ORDER; AND (III) NOTICE OF EXECUTORY CONTRACTS THAT MAY BE ASSUMED AND ASSIGNED PURSUANT THERETO**

Principal Manufacturing Corporation ("Principal"), by and through its undersigned counsel, files this limited objection (the "Objection") to (I) the Chapter 7 Trustee's *Motion for Entry of an Order: Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and Granting Related Relief* [Docket No. 51] (the Sale Motion"); and (II) *Notice of Executory Contracts That May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the estates' Assets, and the Proposed Cure Amounts* [Docket 68] (the "First Cure Notice") in the above-captioned Chapter 7 cases (the "Chapter 7 Cases"), and respectfully states as follows:

## Summary of Objection

1. Principal has a claim against Canoo Technologies, Inc. ("Canoo") in the amount of $520,533.51. The First Cure Notice indicates that Principal's agreements with Canoo may to be assumed with a cure amount of $86,515.00. Principal objects to the assumption and assignment of its agreements with Canoo unless the entire correct cure amount of $520,533.51 is paid in full, in cash,

1

prior to the assumption and assignment.

### Principal's Relationship to Canoo

2.Canoo contracted with Principal to make certain parts for its vehicles, and to design and manufacture the tooling used to manufacture those parts. These contracts are covered by a series of Purchase Orders issued by Canoo to Principal. Copies of those Purchase Orders are included in Principal's Proof of Claim, attached as Exhibit "A".

3.Canoo ultimately failed to pay Principal for what it ordered and for the finished goods, raw materials and tooling. A summary of Principal's damages is also included in Exhibit "A".

### Objection to Assumption

4.11 U.S.C. §365(b)(1)(A) prohibits the Trustee from assuming (and assigning) Canoo's agreements with Principal unless the pre-petition arrearages due Principal are cured. Principal objects to the proposed assumption by Canoo unless the $520,533,51 that is due to Principal is paid in full and in cash prior to the approval of the assumption and assignment.

### Relief Requested

5.Principal prays that this Court deny the Trustee's attempted assumption and assignment of the agreements with Principal unless the correct cure amount of $520,533.51 is paid in full and in cash prior to the approval of the assumption and assignment, and for such other and further relief this Court deems appropriate. Principal reserves all other rights it may have related to this matter.

3

Dated: April 1, 2025                            **BIELLI & KLAUDER, LLC**
      Wilmington, DE

                                                        */s/ David M. Klauder*
                                                        David M. Klauder, Esq. (No. 5769)
                                                        1204 N. King Street
                                                        Wilmington, DE 19801
                                                        Phone: (302) 803-4600
                                                        Email: dklauder@bk-legal.com

                                                        *Counsel to Principal Manufacturing Corporation*