IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CANOO, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 25-10094 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket Entry No. 78 & 123** |

**ORDER GRANTING MOTION OF THE HANOVER INSURANCE COMPANY FOR RELIEF FROM THE AUTOMATIC STAY, FOR "CAUSE", PURSUANT TO 11 U.S.C. § 362(d), TO CANCEL CERTAIN PRE-PETITION SURETY BONDS AND WAIVING THE STAY OF FED. R. BANKR. P. 4001(a)(3)**

Upon consideration of the Motion of THE HANOVER INSURANCE COMPANY ("Movant") for relief from the automatic stay [D.I. 78] (the "Motion");[2] and it being determined that the Motion is subject to the jurisdiction of this court under 28 U.S.C. § 1334 and is a "core" proceeding within the meaning of 28 U.S.C. § 157; and having found that notice of the Motion was adequate and no other or further notice is required; and having found that "cause" exists for granting Movant limited relief from the automatic stay; and it is now hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. Movant is granted relief from the automatic stay for "cause", pursuant to 11 U.S.C. § 362(d), to cancel pre-petition surety bonds executed by Movant on behalf of any one or more of the Debtors, including but not limited to the Bonds.

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc., (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing, LLC (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS).

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms as in the Motion.

{00041012. }

3.     This Order shall become effective immediately upon entry by this Court and is not subject to the fourteen (14)-day stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

4.     This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: April 2nd, 2025
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

{00041012. }