# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CANOO INC. *et al.*,[1] | Case No. 25-10094 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF CLOSING OF SALE

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

1. On April 9, 2025, the Court entered the *Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and (B) Granting Related Relief* [Docket No. 141] (the "**Sale Order**") pursuant to which the Court approved the sale of certain assets of the above-captioned debtors (the "**Debtors**") to WHS Energy Solutions, LLC (the "**Buyer**").

2. On April 11, 2025, the Debtors' sale of assets to the Buyer pursuant to the Sale Order closed.

3. A copy of the Sale Order is available for review from the undersigned counsel, at the Office of the Clerk of the Court, located at 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, or may be viewed for a fee on the internet at the Court's website (https://pacer.uscourts.gov).

Dated: April 15, 2025  
Wilmington, Delaware

**GREENBERG TRAURIG, LLP**

 */s/ Dennis A. Meloro*  
Dennis A. Meloro (DE Bar No. 4435)  
Anthony W. Clark (DE Bar No. 2051)  
222 Delaware Avenue, Suite 1600  
Wilmington, DE 19801  
Telephone: (302) 661-7000  
Email: Dennis.Meloro@gtlaw.com  
           Anthony.Clark@gtlaw.com

-and-

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc., (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS (collectively, the "**Debtors**").

J. Gregory Milmoe (admitted *Pro Hac Vice*)
One International Place
Boston, MA 02110
Telephone: (617) 310-6064
Email: milmoeg@gtlaw.com

*Counsel to WHS Energy Solutions, LLC*