**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CANOO INC. *et al.*,[1] | Case No. 25-10094 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 13, 2025 AT 1:30 P.M. (ET)**

> Unless otherwise determined by Judge Shannon, all proceedings will take place in person. All counsel and witnesses are expected to attend in-person hearings unless permitted to appear via Zoom. Appearances at in-person proceedings using Zoom are allowed only under certain circumstances, which are outlined in Judge Shannon's Chambers Procedures dated October 4, 2022, which can be accessed HERE. Case Participants who wish to attend a hearing remotely need to register using the eCourtAppearances tool. The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.

MATTERS GOING FORWARD:

1. Motion of Charles Garson for Relief from Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and (B) Granting Related Relief [D.I. 161; filed: 4/23/2025]

   Response Deadline:    May 6, 2025 at 4:00 p.m. ET

   Related Documents:

   A) Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and (B) Granting Related Relief [D.I. 141; entered on 4/9/2025];

   B) Harbinger Motors Inc.'s Notice of Appeal of Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and (B) Granting Related Relief [D.I. 151; filed 4/15/2025];

   C) Notice of Closing of Sale [D.I. 155; filed 4/15/2025];

   D) [SEALED] Declaration of Charles Garson in Support of Motion to Reopen and Vacate Order (A) Approving Asset Purchase Agreement and Sale of the Debtors Assets Pursuant to 11 U.S.C. § 363, and (B) Granting Related Relief [D.I. 164; filed 4/24/2025];

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc., (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing, LLC (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS).

    E)    Notice of Motion of Charles Garson for Relief From Order (A) Approving Asset Purchase Agreement and Sale of the Debtors Assets Pursuant to 11 U.S.C. § 363, and (B) Granting Related Relief [D.I. 165; filed 4/25/2025];

    F)    Proposed Form of Order Granting Motion of Charles Garson for Relief From Order (A) Approving Asset Purchase Agreement and Sale of the Debtors Assets Pursuant to 11 U.S.C. § 363, and (B) Granting Related Relief [D.I. 165-1; filed 4/25/2025]

Responses & Objections:

    G)    Objection of WHS Energy Solutions, LLC to Motion of Charles Garson for Relief from Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and (B) Granting Related Relief [D.I. 178; filed 5/6/2025];

    H)    Trustee's Objection to Motion of Charles Garson for Relief from Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and (B) Granting Related Relief [D.I. 179; filed 5/6/2025]

Status:    This matter is going forward.

**COZEN O'CONNOR**

Dated: May 9, 2025

*/s/ Gregory F. Fischer*
Mark E. Felger (#3919)
Simon E. Frasers (#5335)
Gregory F. Fischer (#5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
(302) 295-2000
mfelger@cozen.com
sfraser@cozen.com
gfischer@cozen.com

*Counsel for Jeoffrey L. Burtch,
Chapter 7 Trustee*