# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CANOO INC. *et al.*,[1] | Case No. 25-10094 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR STATUS CONFERENCE ON JUNE 25, 2025 AT 9:30 A.M. (ET)

> This Status Conference will take place entirely over Zoom. Case Participants who wish to attend a hearing remotely need to register using the eCourtAppearances tool. The deadline to register for remote attendance is 4:00 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed. An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing. Please do not contact the Court to confirm registration.

MATTERS GOING FORWARD:

1. Chapter 7 Trustee's Motion for Entry of an Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and (B) Granting Related Relief (the "Sale Motion") [D.I. 51; filed 3/4/2025];

   Response Deadline:   March 28, 2025 at 4:00 p.m. ET

   Related Documents:

   A)  Chapter 7 Trustee's Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection With the Sale of Substantially All of the Estates Assets, and the Proposed Cure Amounts (the "First Cure Notice") [D.I. 68; filed 3/7/2025];

   B)  Chapter 7 Trustee's Second Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection With the Sale of Substantially All of the Estates Assets, and the Proposed Cure Amounts [D.I. 80; filed 3/18/2025];

   C)  Chapter 7 Trustee's Exhibit to Sale Motion [D.I. 83; filed 3/19/2025];

   D)  Chapter 7 Trustee's Third Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection With the Sale of Substantially All of the

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc., (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing, LLC (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS.

|     | |
| --- | --- |
|     | Estates Assets, and the Proposed Cure Amounts (the "Third Cure Notice") [D.I. 89; filed 3/24/2025]; |
| E)  | WHS Energy Solutions LLC's Motion for Leave to File Omnibus reply in Support of Sale Motion (with proposed Order & subject Reply as Exhibits A-B)  [D.I. 131; filed on 4/7/2025] |
| F)  | Order Approving Motion for Leave to File Omnibus Reply in Support of Chapter 7 Trustee's Motion for Entry of an Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and (B) Granting Related Relief [D.I. 133; filed on 4/7/2025] |
| G)  | Notice of Filing of Revised Sale Order [D.I. 135; filed on 4/8/2025] |
| H)  | Declaration of Jeoffrey L. Burtch in Support of Trustee's Motion for Entry of Order Approving Sale of Assets [D.I. 136; filed on 4/8/2025]; |
| I)  | Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and (B) Granting Related Relief (the "Sale Order") [D.I. 141; entered 4/9/2025]; |
| J)  | Certificate of Service Regarding Third Cure Notice [D.I. 146; filed 4/11/2025]; |
| K)  | Notice of Appeal Regarding Sale Order [D.I. 151; filed 4/15/2025]; |
| L)  | Transmittal of Record on Appeal to District Court [D.I. 152; filed 4/15/2025]; |
| M)  | Notice of Docketing Record on Appeal to District Court [D.I. 153; filed 4/15/2025]; |
| N)  | Clerk's Notice Regarding Filing of Appeal [D.I. 154; filed 4/15/2025]; |
| O)  | Notice of Closing of Sale [D.I. 155; filed 4/15/2025]; |
| P)  | Certification of Counsel Regarding Stipulation for Withdrawal of the Joint Limited Objection of The Texas Taxing Authorities to the Chapter 7 Trustee's Motion for Entry of an Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and (B) Granting Related Relief [D.I. 172; filed 4/30/2025]; |
| Q)  | Order Approving Stipulation for Withdrawal of the Joint Limited Objection of The Texas Taxing Authorities to the Chapter 7 Trustee's Motion for Entry of an Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and (B) Granting Related Relief [D.I. 174; entered 5/1/2025]; |
| R)  | Certification of Counsel Regarding Stipulation for Waiver of Administrative Expense Claim and Withdrawal of Altair Engineering, Inc.'s Limited Objection and Reservation of Rights With Respect to Chapter 7 Trustee's (I) Sale Motion; and (II) Third Cure Notice [D.I. 176; filed 5/2/2025]; |
| S)  | Order Approving Stipulation for Waiver of Administrative Expense Claim and Withdrawal of Altair Engineering, Inc.'s Limited Objection and Reservation of Rights With Respect to Chapter 7 Trustee's (I) Sale Motion; and (II) Third Cure Notice [D.I. 177; entered 5/5/2025]; |

- T) Complaint for Declaratory Judgment filed by Tashi-S Engineering U.S.A., Inc. against Jeoffrey L. Burtch, solely in his capacity as Chapter 7 Trustee of the Estates of Canoo Inc., et al. [D.I. 188; filed 5/28/2025];

- U) Certification of Counsel Regarding Stipulation Between Kasai North America, Inc., WHS Energy Solutions, LLC and the Trustee Regarding Kasai's Property and Related Agreements [D.I. 192; filed 6/10/2025];

- V) Order Approving Stipulation Between Kasai North America, Inc., WHS Energy Solutions, LLC and the Trustee Regarding Kasai's Property and Related Agreements [D.I. 193; entered 6/11/2025]

Responses & Objections:

- A) Limited Objection and Reservation of Rights of The Hanover Insurance Company Regarding the Sale Motion [D.I. 77; filed 3/18/2025];

- B) CHEP Container and Pooling Solutions, Inc.'s Limited Objection and Reservation of Rights with Respect to Trustee's Sale Motion [D.I. 84; filed 3/19/2025];

- C) Tachi-S Engineering U.S.A., Inc.'s Limited Objection to the Sale Motion [D.I. 90; filed 3/26/2025];

- D) Altair Engineering, Inc.'s Limited Objection and Reservation of Rights with Respect to Chapter 7 Trustee's (I) Sale Motion, and (II) Third Cure Notice [D.I. 95; filed 3/27/2025];

- E) Cosma International Of America, Inc.'s And Affiliates' Limited Objection And Reservation Of Rights With Respect To the Sale Motion [D.I. 99; filed 3/27/2025];

- F) Oracle America Inc.'s Limited Objection and Reservation of Rights Regarding the Sale Motion [D.I. 102; filed 3/28/2025];

- G) Rogers Corporation's Limited Objection to the Sale Motion and Cure Notices [D.I. 104; filed 3/28/2025];

- H) Sanmina Corporations Limited Objection and Reservation of Rights With Respect to Trustees (I) Sale Motion and (II) Third Cure Notice [D.I. 105; filed 3/28/2025];

- I) Texas Taxing Authorities' Joint Objection to the Sale Motion [D.I. 111; filed 3/28/2025];

- J) Harbinger Motors Inc.'s Limited Objection to the Sale Motion [D.I. 113; filed 3/28/2025];

- K) Kasai North America, Inc.'s Objection and Reservation of Rights with Respect to the Sale Motion and the Third Cure Notice [D.I. 115; filed 3/31/2025];

- L) Principal Manufacturing Corporation's Limited Objection to the Sale Motion and the First Cure Notice [D.I. 122; filed 4/1/2025];

- M) Tachi-S Engineering U.S.A., Inc.'s Objection to the Third Cure Notice [D.I. 142; filed on 4/11/2025];

3

N) Idneo Technologies, S.A.U.'s Limited Objection and Reservation of Rights with Respect to the Third Cure Notice [D.I. 143; filed 4/11/2025];

O) Magna Body & Chassis Iowa and Guangdong Magna Automotive Mirrors Co Ltd.'s Objection to the Third Cure Notice [D.I. 144; filed 4/11/2025];

P) Integrated Micro-Electronics, Inc. and Integrated Micro-Electronics Mexico SAPI De CV's Objection to the Third Cure Notice [D.I. 148; filed 4/14/2025];

Q) Autokiniton US Holdings, Inc.'s Objection and Reservation of Rights with Respect to the Third Cure Notice [D.I. 149; filed 4/14/2025]

Status: This matter is going forward as a status conference with respect to Docket Items 99 and 144 only.

**COZEN O'CONNOR**

Dated: June 23, 2025

*/s/ Gregory F. Fischer*
Mark E. Felger (#3919)
Gregory F. Fischer (#5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
(302) 295-2000
mfelger@cozen.com
gfischer@cozen.com

*Counsel for Jeoffrey L. Burtch, Chapter 7 Trustee*