IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CANOO, INC., *et al.*,[1] | Case No. 25-10094 (BLS) |
| Debtors. | (Jointly Administered) |
| | **RE: Docket Item 195** |

# CERTIFICATE OF NO OBJECTION REGARDING MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER APPROVING SETTLEMENT OF CERTAIN PRE-PETITION CLAIMS PURSUANT TO FED. R. BANKR. P. 9019

I, Gregory F. Fischer, hereby certify that, as of the date hereof, I have received no answer, objection or other responsive pleading to the *Motion of Chapter 7 Trustee for an Order Approving Settlement of Certain Pre-Petition Claims Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") [Docket No. 195] filed with the Court on June 18, 2025.

Pursuant to the Notice filed with the Motion, objections were to be filed and served no later than July 2, 2025 at 4:00 p.m. (ET). I further certify that I have caused the Court's docket in these cases to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.

[Remainder of Page Intentionally Left Blank]

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc., (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing, LLC (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS).

The Trustee respectfully requests that the Court enter the proposed form of order attached to the Motion at its earliest convenience.

                                                **COZEN O'CONNOR**

Dated: July 3, 2025                    */s/ Gregory F. Fischer*
                                              Mark E. Felger (#3919)
                                              Gregory F. Fischer (#5269)
                                              1201 N. Market Street, Suite 1001
                                              Wilmington, DE 19801-1147
                                              (302) 295-2000
                                              mfelger@cozen.com
                                              gfischer@cozen.com

                                              *Counsel for Jeoffrey L. Burtch,*
                                              *Chapter 7 Trustee*