IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CANOO INC., *et. al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 25-10094 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 207** |

### ORDER APPROVING STIPULATION BETWEEN COSMA INTERNATIONAL OF AMERICA, INC. AND AFFILIATES, WHS ENERGY SOLUTIONS, LLC, AND THE TRUSTEE REGARDING COSMA'S PROPERTY AND THE RELATED AGREEMENTS

Upon consideration of the *Stipulation Between Cosma International of America, Inc. and Affiliates, WHS Energy Solutions, LLC and the Trustee Regarding Cosma's Property and the Related Agreements* (the "Stipulation"); and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief therein and herein, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Stipulation and the relief granted therein is approved in its entirety as if fully set forth herein.

2. The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of the Stipulation or this Order.

**Dated: July 22nd, 2025**
**Wilmington, Delaware**

BRENDAN L. SHANNON
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these cases are the following entities: (the respective case numbers for each estate following in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc. (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing, LLC (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS).