# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CANOO INC. *et al.*,[1] | Case No. 25-10094 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 22, 2026 AT 2:00 P.M. (ET)

**ADJOURNED MATTER:**

1. Chapter 7 Trustee's Motion (I) to Enforce Sale Order and (II) for a Finding of Contempt Against Harbinger Motors, Inc., John Harris, William Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow [D.I. 216; filed 12/24/2025];

   Response Deadline:   January 7, 2026 at 4:00 p.m. ET

   Related Documents:

   A) Certificate of Service of Chapter 7 Trustee's Motion (I) to Enforce Sale Order and (II) for a Finding of Contempt Against Harbinger Motors, Inc., John Harris, William Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow [D.I. 218; filed 12/30/2025];

   B) Amended Notice of Hearing on Certificate of Service of Chapter 7 Trustee's Motion (I) to Enforce Sale Order and (II) for a Finding of Contempt Against Harbinger Motors, Inc., John Harris, William Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow [D.I. 219; filed 1/5/2026];

   C) Reply In Support of Chapter 7 Trustee's Motion (I) to Enforce Sale Order and (II) for a Finding of Contempt Against Harbinger Motors, Inc., John Harris, William Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow [D.I. 228; filed 1/19/2026]

   Responses & Objections:

   D) Harbinger Motors Inc.'s Objection to Chapter 7 Trustee's Motion (I) to Enforce Sale Order and (II) for a Finding of Contempt Against Harbinger Motors, Inc., John Harris, William Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow [D.I. 226; filed 1/7/2026]

      1. Certificate of Service Regarding Harbinger Motors Inc.'s Objection to Chapter 7 Trustee's Motion (I) to Enforce Sale Order and (II) for a Finding

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc., (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing, LLC (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS).

of Contempt Against Harbinger Motors, Inc., John Harris, William Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow [D.I. 227; filed 1/8/2026]

Status: This matter has been adjourned to March 4, 2026 at 10:00 a.m. (ET).

**COZEN O'CONNOR**

Dated: January 20, 2026

/s/ *Mark E. Felger*
Mark E. Felger (#3919)
Gregory F. Fischer (#5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
(302) 295-2000
mfelger@cozen.com
gfischer@cozen.com

*Counsel for Jeoffrey L. Burtch, Chapter 7 Trustee*