**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CANOO INC. *et al.*,[1] | Case No. 25-10094 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 15, 2026 AT 11:00 A.M. (ET)**

**ADJOURNED MATTER:**

1. Chapter 7 Trustee's Motion (I) to Enforce Sale Order and (II) for a Finding of Contempt Against Harbinger Motors, Inc., John Harris, William Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow [D.I. 216; filed 12/24/2025];

   Response Deadline:     January 7, 2026 at 4:00 p.m. ET

   Objections & Replies:

   A) Harbinger Motors Inc.'s Objection to Chapter 7 Trustee's Motion (I) to Enforce Sale Order and (II) for a Finding of Contempt Against Harbinger Motors, Inc., John Harris, William Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow [D.I. 226; filed 1/7/2026];

   B) Reply In Support of Chapter 7 Trustee's Motion (I) to Enforce Sale Order and (II) for a Finding of Contempt Against Harbinger Motors, Inc., John Harris, William Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow [D.I. 228; filed 1/19/2026]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc., (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing, LLC (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS).

[2] Amended text displayed in bold typeface.

**Status:** **This hearing has been adjourned by the Court to June 10, 2026 at 11:00 a.m. (ET) as the parties continue to engage in settlement discussions.**

**COZEN O'CONNOR**

Dated: April 14, 2026

*/s/ Mark E. Felger*
Mark E. Felger (#3919)
Gregory F. Fischer (#5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
(302) 295-2000
mfelger@cozen.com
gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch,*
*Chapter 7 Trustee*

2