**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CANOO INC., *et al.*,[1] | ) | Case No. 25-10094 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: Docket Item 276** |

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO FED. R. BANKR. P. 9019 AUTHORIZING AND APPROVING SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND THE HARBINGER DEFENDANTS**

Upon consideration of the *Trustee's Motion for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Authorizing and Approving Settlement Agreement between the Trustee and the Harbinger Defendants* (the "Motion"),[2] seeking approval of that certain Settlement Agreement attached as Exhibit A to the Motion; the Court being satisfied that the compromise as set forth in the Settlement Agreement is fair and equitable, and meets or exceeds the range of reasonableness required for relief under Fed. R. Bankr. P. 9019; and the relief requested in the Motion appearing to be in the best interests of the Estates and the Debtors' creditors; and sufficient notice of the Motion and opportunity for a hearing having been given; and upon due deliberation, and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.
2. The Settlement Agreement is APPROVED.

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc. (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing, LLC (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS).

[2] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Motion.

3. The Trustee is authorized to take any and all actions as may be necessary or appropriate to implement the terms and provisions of the Settlement Agreement.

**Dated: August 18th, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**